| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 6/25/24<br>TIME: 10:15 am |

CASE:  **CV 23-3959 (GRB)  Malcolm v. Synergy Transportation**
TYPE OF CONFERENCE:    MOTION                                    FTR: 10:25-10:39
APPEARANCES:
    For Plaintiff:   Abdul Hassan

    For Defendant: Sara Zucco

**THE FOLLOWING RULINGS WERE MADE:**

☒     ORDER: Oral argument held. Defendant's motion to quash, DE [25], is denied for the reasons set forth on the record. Defendant is seeking to protect what it claims is confidential business information concerning its commercial relationship with Amazon, for which it is a vendor and on whom the subpoena was served. Defendant was unable to represent however, that it has an agreement with Amazon requiring Amazon to keep the information at issue confidential, and Plaintiff represents that in his communications with Amazon in a meet and confer, that Amazon is willing to produce the information requested (after making earlier objections). The Court further notes that although Amazon was made aware of today's argument, it elected not to appear to object to the subpoena.

Under these circumstances, the Court is skeptical that the information sought is actually confidential, and is unwilling to quash the subpoena. That being said, the Court is sensitive the Defendant's concerns. Accordingly, Plaintiff is directed to maintain the Amazon documents on a confidential basis, to be used for the purpose of this litigation and no other purpose. Further, any pay information that is disclosed will be maintained on an attorney's-eyes-only basis, and will not be shown to anyone until such time as Plaintiff's counsel explains to defense counsel his intent to use the document(s) at issue so that they can address how best to handle the information, and if they cannot come to an agreement, file an appropriate motion with the Court.

SO ORDERED

/s/Steven I. Locke
STEVEN I. LOCKE
United States Magistrate Judge